UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THOMAS AND PHYLLIS O'NEILL, h/w ) ) ) Plaintiff ) ) vs. ) ) NCO FINANCIAL SYSTEMS, INC. ) ) Defendant ) | Case Number: 11-2230 |

## STIPULATION OF DISMISSAL

AND NOW, this 24th day of May, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY:  /s/ *Bruce K. Warren*
      Bruce K. Warren, Esquire
      Attorney for Plaintiff


Sessions Fishman Nathan Israel LLC

BY:  */s/ Ross S. Enders*
      Ross S. Enders, Esquire
      Attorney for Defendant